Scott Maurer, State Bar No. 180830
KATHARINE & GEORGE ALEXANDER
COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA 95126
Telephone:     408.288.7030
Fax:              408.288.3581

Attorneys for Plaintiff
DAVID R. PEREZ


Erica K. Rocush State Bar No. 262354
erica.rocush@ogletreedeakins.com
Jill V. Cartwright CA Bar No. 260519
jill.cartwright@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendants
ALLIED INTERSTATE LLC, SLM EDUCATION CREDIT FINANCE CORPORATION (erroneously sued as SLM EDUCATION FINANCE CORPORATION), SLM FINANCIAL CORPORATION and SALLIE MAE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. PEREZ,<br><br>              Plaintiff,<br><br>       v.<br><br>ALLIED INTERSTATE, LLC, SLM EDUCATION FINANCE CORPORATION, SLM FINANCIAL CORPORATION; SALLIE MAE, INC. AND DOES 1-10, INCLUSIVE,<br><br>              Defendants. | Case No. CV 12-03763 HRL<br><br>**JOINT MOTION AND STIPULATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND [PROPOSED] ORDER**<br><br>Complaint Filed:  May 9, 2012 |

**STIPULATION**

Plaintiff David R. Perez ("Plaintiff") and his attorneys of record, The Katharine & George Alexander Community Law Center, by Scott Maurer, attorney at law and Defendants Allied Interstate LLC, SLM Education Credit Finance Corporation (erroneously sued as SLM Education Finance Corporation), SLM Financial Corporation, and Sallie Mae, Inc. (collectively "Defendants"), by their attorneys of record, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., by Jill V. Cartwright, attorney at law, hereby stipulate to the following and respectfully move the Court for an order changing the initial case management conference and ADR deadlines as follows:

1.  **WHEREAS**, Plaintiff filed his Complaint on May 9, 2012 in the Santa Clara Superior Court; and

2.  **WHEREAS**, on July 18, 2012, prior to its deadline to respond to the Complaint, Defendant Allied Interstate LLC removed the action to the Northern District of California, San Jose Division, with all Defendants consenting to the removal; and

3.  **WHEREAS,** on July 18, 2012, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines; and

4.  **WHEREAS,** on July 26, 2012, the Court signed the parties' Joint Stipulation to Extend Deadline for Defendants' Response to Plaintiff's Complaint, giving Defendants until September 14, 2012 to file a responsive pleading in this matter; and

5.  **WHEREAS**, the current case management deadlines require the parties to conduct their initial conference regarding initial disclosures, early settlement, ADR process selection, and discovery plan before Defendants file their responsive pleading in this matter; and

6.  **WHEREAS**, the parties met and conferred regarding the proposed continuance of the initial case management conference; and

7.  **WHEREAS**, pursuant to Local Rule 16-2(d)-(e) and Local Rule 7, the parties herby submit this stipulation for relief from the case management schedule.

/ / /

/ / /

/ / /

**NOW, THEREFORE**, the Parties, through their respective counsel of record **AGREE AND HEREBY STIPULATE** to the following changes in the initial case management deadlines:

| Deadline | Original Date | New Date |
|---|---|---|
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | September 4, 2012 | October 16, 2012 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection on Rule 26(f) Report and file Case Management Statement per the Court's Standing Order re: Contents of Joint Case Management Statement | September 18, 2012 | October 30, 2012 |
| Initial Case Management Conference in Courtroom 2, 5th Floor SJ at 1:30 pm | September 25, 2012 | November 6, 2012 |

DATED:  August 30, 2012

KATHARINE & GEORGE ALEXANDER
COMMUNITY LAW CENTER


By:  */s/ Scott Maurer*_____
       Scott Maurer

Attorney for Plaintiff
DAVID R. PEREZ

DATED:  August 30, 2012                                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Jill V. Cartwright*
　　Erica K. Rocush
　　Jill V. Cartwright

Attorneys for Defendants
ALLIED INTERSTATE LLC, SLM EDUCATION CREDIT FINANCE CORPORATION (erroneously sued as SLM EDUCATION FINANCE CORPORATION), SLM FINANCIAL CORPORATION and SALLIE MAE, INC.

### ATTESTATION PER GENERAL ORDER NO. 45 SECTION X.B.

I hereby attest that I have obtained concurrence in the filing of this document from each of the signatories listed above.

DATED:  August 30, 2012                                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Jill V. Cartwright*
　　Erica K. Rocush
　　Jill V. Cartwright

Attorneys for Defendants

ALLIED INTERSTATE LLC, SLM EDUCATION CREDIT FINANCE CORPORATION (ERRONEOUSLY SUED AS SLM EDUCATION FINANCE CORPORATION), SLM FINANCIAL CORPORATION AND SALLIE MAE, INC.

# [~~PROPOSED~~] ORDER

Pursuant to the Joint Stipulation for Relief from Case Management Schedule it is hereby ordered that the Case Management deadlines are modified as follows:

| Deadline | Original Date | New Date |
| --- | --- | --- |
| Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | September 4, 2012 | October 16, 2012 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection on Rule 26(f) Report and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement | September 18, 2012 | October 30, 2012 |
| Initial Case Management Conference in Courtroom 2, 5th Floor SJ at 1:30 pm | September 25, 2012 | November 6, 2012 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   December 28, 2012

*Lucy H. Koh*

Hon. ~~Howard R. Lloyd~~ Lucy H. Koh ~~Magistrate~~ Judge of the United States District Court