Scott Maurer, State Bar No. 180830
KATHARINE & GEORGE ALEXANDER
COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA 95126
Telephone:    408.288.7030
Fax:          408.288.3581

Attorneys for Plaintiff
DAVID R. PEREZ


Erica K. Rocush State Bar No. 262354
erica.rocush@ogletreedeakins.com
Jill V. Cartwright CA Bar No. 260519
jill.cartwright@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendants
ALLIED INTERSTATE LLC, SLM EDUCATION CREDIT
FINANCE CORPORATION (erroneously sued as SLM
EDUCATION FINANCE CORPORATION), SLM FINANCIAL
CORPORATION and SALLIE MAE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. PEREZ,<br><br>            Plaintiff,<br><br>      v.<br><br>ALLIED INTERSTATE, LLC, SLM EDUCATION FINANCE CORPORATION, SLM FINANCIAL CORPORATION; SALLIE MAE, INC. AND DOES 1-10, INCLUSIVE,<br><br>            Defendants. | Case No. CV 12-03763 HRL<br><br>**JOINT MOTION AND STIPULATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND [PROPOSED] ORDER**<br><br>Complaint Filed:  May 9, 2012<br>Trial Date:       February 24, 2013 |

## STIPULATION

Plaintiff David R. Perez ("Plaintiff") and his attorneys of record, The Katharine & George Alexander Community Law Center, by Scott Maurer, attorney at law and Defendants Allied Interstate LLC, SLM Education Credit Finance Corporation (erroneously sued as SLM Education Finance Corporation), SLM Financial Corporation, and Sallie Mae, Inc. (collectively "Defendants"), by their attorneys of record, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., by Jill V. Cartwright, attorney at law, hereby stipulate to the following and respectfully move the Court for an order changing the initial case management conference and ADR deadlines as follows:

1. **WHEREAS**, Plaintiff filed his Complaint on May 9, 2012 in the Santa Clara Superior Court; and

2. **WHEREAS**, on July 18, 2012, Defendant Allied Interstate LLC removed the action to the Northern District of California, San Jose Division, with all Defendants consenting to the removal; and

3. **WHEREAS,** on January 2, 2013, the parties appeared before the Court at the initial Case Management Conference (CMC). During the CMC, the Court assigned the case to Magistrate Judge Howard R. Lloyd for a settlement conference. The Court also scheduled a further CMC for April 2, 2013.

4. **WHEREAS**, the parties have been attempting to settle the case through negotiations but have been unable to do so. The parties believe a settlement conference will be valuable and help the parties reach settlement.

5. **WHEREAS,** the Court's January 2, 2013 Minute Order and Case Management Order mandates April 2, 2013 as the last day for ADR.

6. **WHEREAS**, whereas, to date, no settlement conference has been scheduled by the Court or Magistrate Judge Lloyd. On or about March 14, 2013, Ms. Cartwright telephoned the Court's ADR Unit to inquire why no settlement conference had been scheduled. The ADR Unit informed Ms. Cartwright that the case had been coded incorrectly and that they would fix this issue. To date, the parties have not received any dates for a settlement conference.

7. **WHEREAS**, given the upcoming deadline to conduct the settlement conference—

without any settlement conferences dates yet provided—and the parties' desire to attend a settlement conference, the parties request relief from the current January 2, 2013 Minute Order and Case Management Order by extending the deadlines in the Order for scheduling a settlement conference.

8. **WHEREAS**, the parties met and conferred regarding the proposed continuance of the further case management conference and deadlines within the January 2, 2013 Minute Order and Case Management Order; and

9. **WHEREAS**, pursuant to Local Rule 16-2(d)-(e) and Local Rule 7, the parties herby submit this stipulation for relief from the case management schedule.

**NOW, THEREFORE**, the Parties, through their respective counsel of record **AGREE AND HEREBY STIPULATE** to the following changes in the initial case management deadlines:

| Deadline | Original Date | New Date |
| --- | --- | --- |
| Last day to: Complete ADR (Settlement Conference) | April 2, 2013 | April 26, 2013 |
| Further CMC | April 10, 2013 | May 1, 2013 |
| Fact Discovery Cutoff | June 28, 2013 | July 15, 2013 |

DATED:  March 22, 2013

KATHARINE & GEORGE ALEXANDER
COMMUNITY LAW CENTER


By: */s/ Scott Maurer*
      Scott Maurer

Attorney for Plaintiff
DAVID R. PEREZ

| | |
|---|---|
| DATED:  March 22, 2013 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | By: */s/ Jill V. Cartwright*<br>      Erica K. Rocush<br>      Jill V. Cartwright |
| | Attorneys for Defendants<br>ALLIED INTERSTATE LLC, SLM EDUCATION CREDIT FINANCE CORPORATION (erroneously sued as SLM EDUCATION FINANCE CORPORATION), SLM FINANCIAL CORPORATION and SALLIE MAE, INC. |

### ATTESTATION PER GENERAL ORDER NO. 45 SECTION X.B.

I hereby attest that I have obtained concurrence in the filing of this document from each of the signatories listed above.

| | |
|---|---|
| DATED:  March 22, 2013 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | By: */s/ Jill V. Cartwright*<br>      Erica K. Rocush<br>      Jill V. Cartwright |
| | Attorneys for Defendants |
| | ALLIED INTERSTATE LLC, SLM EDUCATION CREDIT FINANCE CORPORATION (ERRONEOUSLY SUED AS SLM EDUCATION FINANCE CORPORATION), SLM FINANCIAL CORPORATION AND SALLIE MAE, INC. |

14634449_1.dotx                                   3                    Case No. CV 12-03763 HRL
JOINT MOTION AND STIPULATION FOR RELEIF FROM CASE MANAGEMENT SCHEDULE AND [PROPOSED] ORDER

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation for Relief from Case Management Schedule it is hereby ordered that the Case Management deadlines are modified as follows:

| Deadline | Original Date | New Date |
| --- | --- | --- |
| Last day to:<br><br>Complete ADR (Settlement Conference) | April 2, 2013 | April 26, 2013 |
| Further CMC | April 10, 2013 | May 1, 2013 |
| Fact Discovery Cutoff | June 28, 2013 | July 15, 2013 |

The parties shall contact Magistrate Judge Lloyd's Courtroom Deputy to schedule a settlement conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  April 1, 2013

*Lucy H. Koh*
Hon. Lucy H. Koh
Judge of the United States District Court

14634449.1