1  Scott Maurer, State Bar No. 180830
   smaurer@scu.edu
2  KATHARINE & GEORGE ALEXANDER
   COMMUNITY LAW CENTER
3  1030 The Alameda
   San Jose, CA 95126
4  Telephone:    408.288.7030
   Facsimile:    408.288.3581
5
   Attorneys for Plaintiff
6  DAVID R. PEREZ

7

8  Erica K. Rocush, State Bar No. 262354
   erica.rocush@ogletreedeakins.com
   Jill V. Cartwright, State Bar No. 260519
9  jill.cartwright@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10 Steuart Tower, Suite 1300
   One Market Plaza
11 San Francisco, CA  94105
   Telephone:    415.442.4810
12 Facsimile:    415.442.4870

13 Attorneys for Defendants
   ALLIED INTERSTATE LLC, SLM EDUCATION CREDIT
14 FINANCE CORPORATION (erroneously sued as SLM
   EDUCATION FINANCE CORPORATION), SLM FINANCIAL
15 CORPORATION and SALLIE MAE, INC.

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

19
   DAVID R. PEREZ,                          Case No. CV 12-03763 LHK
20
           Plaintiff,                       **JOINT MOTION AND STIPULATION FOR**
21                                          **RELIEF FROM CASE MANAGEMENT**
        v.                                  **SCHEDULE AND [PROPOSED] ORDER**
22
   ALLIED INTERSTATE, LLC, SLM
23 EDUCATION FINANCE CORPORATION,
   SLM FINANCIAL CORPORATION;
24 SALLIE MAE, INC. AND DOES 1-10,
   INCLUSIVE,
25
           Defendants.                      Complaint Filed:  May 9, 2012
26

27

28

**STIPULATION**

Plaintiff David R. Perez ("Plaintiff") and his attorneys of record, The Katharine & George Alexander Community Law Center, by Scott Maurer, attorney at law and Defendants Allied Interstate LLC, SLM Education Credit Finance Corporation (erroneously sued as SLM Education Finance Corporation), SLM Financial Corporation, and Sallie Mae, Inc. (collectively "Defendants"), by their attorneys of record, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., by Jill V. Cartwright, attorney at law, hereby stipulate to the following and respectfully move the Court for an order changing the case management conference and ADR deadlines as follows:

1. **WHEREAS**, Plaintiff filed his Complaint on May 9, 2012 in the Santa Clara Superior Court; and

2. **WHEREAS**, on July 18, 2012, Defendant Allied Interstate LLC removed the action to the Northern District of California, San Jose Division, with all Defendants consenting to the removal; and

3. **WHEREAS,** on January 2, 2013, the parties appeared before the Court at the initial Case Management Conference (CMC). During the CMC, the Court assigned the case to Magistrate Judge Howard R. Lloyd for a settlement conference. The Court also scheduled a further CMC for April 2, 2013.

4. **WHEREAS,** thereafter the Court granted a Joint Stipulation for Relief from Case Management Schedule on April 1, 2013 which modified the Case Management deadlines and ordered the parties to contact Judge Lloyd's Courtroom Deputy to schedule a Settlement Conference. The April 1, 2013 Order modifying the dates required the parties to Complete ADR by April 26, 2013.

5. **WHEREAS**, the parties immediately contacted Judge Lloyd's courtroom Deputy, who informed the parties that Judge Lloyd was unavailable until May. The parties conferred and scheduled a settlement conference with Judge Lloyd on May 17, 2013.

6. **WHEREAS**, given that the upcoming deadline to complete the settlement conference occurs before the scheduled May 17th conference, the parties request relief from the April 1, 2013 Order and Case Management Schedule by extending the deadlines;

7. **WHEREAS**, the parties met and conferred regarding the proposed continuance of the deadlines within the April 1, 2013 Order and Case Management Schedule; and

8. **WHEREAS**, pursuant to Local Rule 16-2(d)-(e) and Local Rule 7, the parties herby submit this stipulation for relief from the case management schedule.

**NOW, THEREFORE**, the Parties, through their respective counsel of record **AGREE AND HEREBY STIPULATE** to the following changes in the initial case management deadlines:

| Deadline | Previous Date | New Date |
| --- | --- | --- |
| Last day to: Complete ADR (Settlement Conference) | April 2, 2013 | May 17, 2013 |
| Further CMC | April 10, 2013 | May 29, 2013 |
| Fact Discovery Cutoff | June 28, 2013 | July 29, 2013 |

DATED:  April 23, 2013    KATHARINE & GEORGE ALEXANDER
                          COMMUNITY LAW CENTER

                          By:  */s/ Scott Maurer*
                               Scott Maurer

                          Attorney for Plaintiff
                          DAVID R. PEREZ

DATED:  April 23, 2013    OGLETREE, DEAKINS, NASH, SMOAK &
                          STEWART, P.C.

                          By:  */s/ Jill Cartwright*
                               Erica K. Rocush
                               Jill V. Cartwright

                          Attorneys for Defendants
                          ALLIED INTERSTATE LLC, SLM EDUCATION
                          CREDIT FINANCE CORPORATION (erroneously sued
                          as SLM EDUCATION FINANCE CORPORATION),
                          SLM FINANCIAL CORPORATION and SALLIE MAE,
                          INC.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: April 23, 2013

By:   /s/ Jill Cartwright
       Jill V. Cartwright

# [~~PROPOSED~~] ORDER

Pursuant to the Joint Stipulation for Relief from Case Management Schedule it is hereby ordered that the Case Management deadlines are modified as follows:

| Deadline | Previous Date | New Date |
|---|---|---|
| Last day to: Complete ADR (Settlement Conference) | April 2, 2013 | May 17, 2013  The parties shall file a joint settlement status report by May 24, 2013 |
| Further CMC | April 10, 2013 | ~~May 29, 2013~~   June 12, 2013 |
| Fact Discovery Cutoff | June 28, 2013 | ~~July 29, 2013~~   June 28, 2013 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 24, 2013

*Lucy H. Koh*
Hon. Lucy H. Koh
Judge of the United States District Court

14860232.1