UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID R. PEREZ, | ) Case No.: 12-CV-03763 |
| Plaintiff, | ) |
| v. | ) ORDER TO FILE STIPULATION OF |
| | ) DISMISSAL OR JOINT CASE |
| ALLIED INTERSTATE, LLC, | ) MANAGEMENT STATEMENT |
| Defendant. | ) |

On May 14, 2013, the parties in the above matter filed a Notice of Settlement. ECF No. 35. In this settlement notice, Plaintiff stated that he had not filed a dismissal because he had not received a fully executed settlement agreement from Defendant. *Id*. To date, the parties still have not filed a stipulation of dismissal. Accordingly, by Monday, June 10, 2013, the parties are directed to jointly file a stipulation of dismissal or a Joint Case Management Statement, as required pursuant to Civil Local Rule 16-10(d), in which they explain why they are unable to do so.

**IT IS SO ORDERED.**

Dated: June 6, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge