UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID R. PEREZ, | Case No.: 12-CV-03763 |
| Plaintiff, | |
| v. | ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING ALL OTHER COURT DEADLINES |
| ALLIED INTERSTATE, LLC, | |
| Defendant. | |

On May 14, 2013, the parties in the above matter filed a Notice of Settlement. ECF No. 35. On June 10, 2013, the parties filed a Joint Case Management Statement in which they represented that, although they have reached a settlement, they are working to resolve the language of one remaining provision of the written settlement agreement. *See* ECF No. 38. In light of this statement, the Court hereby CONTINUES the Case Management Conference to July 17, 2013, at 2:00 p.m. The Court hereby VACATES all other remaining deadlines. By Wednesday, July 10, 2013, the parties are directed to jointly file a stipulation of dismissal or a Joint Case Management Statement, as required pursuant to Civil Local Rule 16-10(d), in which they explain why they are unable to do so.

**IT IS SO ORDERED.**

Dated: June 10, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-03763
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING ALL OTHER COURT DEADLINES