United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DAVID R. PEREZ, | ) | Case No.: 12-CV-03763 |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING ALL OTHER COURT DEADLINES |
| ALLIED INTERSTATE, LLC, | ) | |
| Defendant. | ) | |

On May 14, 2013, the parties in the above matter filed a Notice of Settlement.  ECF No. 35. On June 10, 2013, the parties filed a Joint Case Management Statement in which they represented that, although they have reached a settlement, they are working to resolve the language of one remaining provision of the written settlement agreement.  *See* ECF No. 38.  In light of this statement, the Court hereby CONTINUES the Case Management Conference to July 17, 2013, at 2:00 p.m.  The Court hereby VACATES all other remaining deadlines.  By Wednesday, July 10, 2013, the parties are directed to jointly file a stipulation of dismissal or a Joint Case Management Statement, as required pursuant to Civil Local Rule 16-10(d), in which they explain why they are unable to do so.

**IT IS SO ORDERED.**

Dated:  June 10, 2013

LUCY H. KOH
United States District Judge